STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
ASHLEY M. TEESDALE – Bar No. 289919
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:       sgubner@bg.law
             jkomorsky@bg.law
             jbagdanov@bg.law
             ateesdale@bg.law

Attorneys for Plaintiff All Claims Recovery
Group LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>METALLIC BLUE DEVELOPMENT LLC,<br><br>                                    Debtor. | Case No. 2:22-bk-16483-WB<br><br>Chapter 7<br><br>Adv. Case No. 2:25-ap-01040-WB |
| ALL CLAIMS RECOVERY GROUP LLC, a Delaware limited liability company,<br><br>                                    Plaintiff,<br><br>v.<br><br>BRIAN DOZIER, an individual; DARIN DOZIER, an individual; PHYLLIS DOZIER, an individual; and WILLIAM HO, an individual,<br><br>                                    Defendants. | **NOTICE OF HEARING RE: MOTION FOR DEFAULT JUDGMENT**<br><br>**Hearing:**<br>**Date:** August 11, 2026<br>**Time:** 2:00 pm<br>**Place:** Courtroom 1375<br>            United States Bankruptcy Court<br>            255 E Temple Street<br>            Los Angeles, CA 90012 |

1

**PLEASE TAKE NOTICE** that on <u>**August 11, 2026 at 2:00 p.m.,**</u> in Courtroom 1375 of the above-captioned Court, a hearing will be held on the *Plaintiff's Motion for Default Judgment under LBR 7055-1* [Doc. 48] (the "Motion"), filed by Plaintiff All Claims Recovery Group LLC ("Plaintiff"), in its own right and on behalf of the bankruptcy estate (the "Estate") of Metallic Blue Development LLC (the "Debtor").

By the Motion, the Plaintiff seeks entry of default judgment against defaulted defendant William Ho ("Defendant").  The Motion is based upon the Memorandum of Points and Authorities in support of the Motion, all pleadings, records, and files in this adversary proceeding and the Debtor's bankruptcy case, all matters of which the Court may take judicial notice, and any oral or written evidence or argument that the Court may consider at the hearing on the Motion. Notice of the Motion on the defaulted party is not required pursuant to FRCP 55(b)(2), but has been provided nonetheless.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any response to the Motion shall be filed not later than fourteen (14) calendar days prior to the hearing on the Motion, and shall be served on the Trustee and her counsel of record. Failure to file papers may be deemed consent to the Motion in accordance with Local Bankruptcy Rule 9013-1(h).

DATED: July 10, 2026                                  BG LAW LLP


By: /s/ Ashley M. Teesdale
Jason B. Komorsky
Jessica L. Bagdanov
Ashley M. Teesdale
Attorneys for Plaintiff All Claims Recovery
Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing documents entitled: **NOTICE OF HEARING RE: MOTION FOR DEFAULT JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On **July 10, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Jason B Komorsky**    ecf@bg.law, jkomorsky@bg.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Timothy Yoo (TR)**    tjytrustee@lnbyg.com, tjy@trustesolutions.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **July 10, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge Brand waives application of LBR 5005-2(d) (requirement for service of judge's copies) for all documents, unless otherwise directed by the Court.**

Brian Dozier
4215 Mary Ellen Ave., Apt 203
Studio City, CA 91604

Phyllis Dozier
4215 Mary Ellen Ave, Apt 203
Studio City, CA 91604

Darin Dozier
4943 Spanish Heights Dr.
Las Vegas, NV 89148

William Ho
6441 Orange St.
Los Angeles, CA 90048

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 10, 2026,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY EMAIL** Courtesy Copy:
    Brian Dozier – Brdozier1@yahoo.com
    Phyllis Dozier – phyllisadozier@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2026 | Abbie Au | /s/ Abbie Au |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**